| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § § | |
| versus | § § | NO. 1:17-CV-96 |
| $505,630.00 IN UNITED STATES CURRENCY, and 2011 HYUNDAI SANTA FE VIN: 5XYZGDAB4BG081933, | § § § § § | |
| Defendants. | § § | |

**AMENDED ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On March 9, 2017, the Court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge, for all pretrial matters. No potential claimants filed an answer in this action (See Doc. No. 13, at 2), and the United States Clerk's Office entered a default as to all potential claimants. Doc. No. 12. The Court has received and considered the report (Doc. No.13) of the magistrate judge, which recommends that the Court grant the Government's "Motion for Default Judgment" (Doc. No. 10) and enter a default judgment, granting forfeiture to all potential claimants. No objections to the report and recommendation have been filed.

It is, therefore, ORDERED that the report and recommendation of the magistrate judge (Doc. No. 13) is ADOPTED, and the Government's "Motion for Default Judgment" is GRANTED.

SIGNED at Beaumont, Texas, this 5th day of January, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE